# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name _Martin A. Riley_     Number _52926_

Facility _LCF_     Housing Unit _B5/109_     Work Detail _Aramark_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). 0.

See Attachment

I. Responsibility of Appointing Authority   | IV. Rules of Conduct (ACO-2-1C-04)
II. Employee Responsibility
III. Use of Deadly Force by an Employee

Date this report was given to Unit Team for informal resolution by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

I have investigated your concerns outlined in the attached grievance. 44-15-101 Grievance Procedure; Informal Resolution; formal levels; (b) states, "Before utilizing the grievance procedure, the inmate shall be responsible for attempting to reach an informal resolution of the matter with the personnel who work with the inmate on a direct or daily basis. An inmate in a facility or parole setting shall contact the unit team members for the attempt at informal resolution." You submitted the grievance prior to attempting an informal resolution with CSI Hopkins. You are encouraged to wait for the informal resolution prior to submitting the grievance. Furthermore, Allegations of staff misconduct are investigated and if any corrective action is warranted, it will not be discussed with you. No further action deemed necessary at this time.

UTM H Reed     12/21/21

Unit Team Signature     Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Mart Riley     12-22-21

Inmate Signature     Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _DEC 23 2021_   Date of Final Answer _DEC 23 2021_ Date Returned to Inmate _____

Review Eric Reinhard statement and this will show foul play against Riley by Potter → Received 2.16.22 — outside of 3 day window. Not Submitting

Inmate's Signature     Date     Unit Team Signature     Date

UTS Potter 2.16.22

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number     AA 2022 206

Type of Complaint (Item 4: Code 01-75)     54

Cause of Complaint (Item 5: Code 01-30)     03

Type of Response (Item 6a: Code 01,02,08 or 09)     01

INMATE REQUEST TO STAFF MEMBER

To: _____

(Name and Title of Officer or Department)

Date: _____

_____

Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_Riley_
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

_52926_
Number

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team Ryanheart ~~Reinhard~~ Eric    Date: 1-6-22

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Just Verification that I gave you my Appeal to Secretary of Corrections on 1-5-22 at 9:05 am in B5 Unit Team office.

Case No. AA 2022 206 (Grievance Serial No.)

Work Assignment: _Aramark_    Living Unit Assignment: _B5/109_

Comment: _____    Detail or C.H. Officer: _____

Disposition: _____

To: Riley # 52926

(Name & Number)

Date: 1/6/22

Disposition: Yes, I can verify that I was given your Appeal yesterday. It was then turned in by myself yesterday afternoon.

_E. Ryanheart, OT_
Employee's Signature

**To be returned to inmate.**

P-0009

m 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Riley
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

52926
Number

### INMATE REQUEST TO STAFF MEMBER

To: _____ E. A. I _____ Date: _____ 1-3-21 _____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I wrote a formal complaint and asked for an interview and a investigation for Assault & Battery against CO1 Sgt. Hopkins on 12-16-21 for shutting & injuring my foot in the door in B5/109 at 3:15 am. Is this a denied request? I also asked for E.A.I to reserve video of this assault, was this also denied?

Work Assignment: Aramark          Living Unit Assignment: B5/109

Comment: _____          Detail or C.H. Officer: UTS Nelly C

Disposition: _____
_____
_____
_____

To: Riley 52926          Date: _____
(Name & Number)

Disposition: The EAI office will need to be contacted by an attorney in order for your preservation request to complete it.

_____          _____
Employee's Signature          To be returned to inmate.

P-0009

Attachment I and 2 Issues

Attachment B, IMPP 11-119
Effective: 12-11-13
P-1528

# DISCIPLINARY REPORT

LCF-C
(FACILITY)

| Case No. 2261 | Date of Alleged Violation: 12-16-21 | Time: 0315 A.M. / P.M. |
|---|---|---|
| Date This Report Written: 12-16-21 | | Time: 0347 A.M. / P.M. |

Name of Inmate: Riley , Martin , A.  No. 052926 Cell No: B5109
LAST         FIRST         MI

Duty Assignment: Aramark Hourly

**Alleged Violation of Law or Rule** (Identify by Code No., Short Title, and Class) 44-12-304 Disobaying
Orders  class I .  44-12-504 interferance with cell operations
class I .

FACTS: This morning on 12-16-21 around 0315 inmate in cell
B5 109, used the call button. As I went to his cell he
said let me out for work in the kitchen as I opened the
cell door he aggressively approached me putting
his finger saying "why the fuck didn't you wake up for don't
they have an to do "wakeup" calls you have to
Flegm clock for that mumble mumble. No there are no
said somethin for me to do wake ups I behind
down he Maybe return to his cell I told him two more
times to lock up, as he finally went in his cell he
placed his foot in the way of the cell door blocking
it from closing I had to use a little force on the
cell door to get it closed. this inmate was inmate
Riley 52926.

(Attach Additional Sheet(s) if necessary)
(Signature) CSI Hoppe  SMI - 12-16

Staff Witnesses: _____
_____      CSI Hopkins
_____      Printed Name and Title of Employee Writing Report

Approved by: Lt. Barnett
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 12-16-21         Signature CSI Hopp    SMI  12-16

I received a copy of this report on 12-18-21, 0756, Refused to Sign & recv copy
(Date)        (Time)        (Inmate Signature & No)

I served a copy of this report 12-18-21, 0756, CSI Hann
(Date)        (Time)        (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial
prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Riley
Last Name Only

⑥

# KANSAS DEPARTMENT OF CORRECTIONS

## INMATE REQUEST TO STAFF MEMBER

52926
Number

To: Unit Team Potter
(Name and Title of Officer or Department)        Date: 12-16-21

State completely but briefly the problem on which you desire assistance. (Be specific.)

This is a formal investigation I am filing agc__
Col. Sgt. Hopkins for Battery and Assault charges

Work Assignment: Armark          Living Unit Assignment: BS-109

Comment: _____            Detail or C.H. Officer: _____

Disposition:

Noted. UTS Pott
12-20-21

To: _____                     Date: _____
(Name & Number)

Disposition: _____

Employee's Signature                To be returned to inmate.

P-0009

Explain what you have noted in your follow-up

INMATE REQUEST TO STAFF MEMBER

To: _____

_____(Name and Title of Officer or Department)_____

Date: _____

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_____ Riley
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

### INMATE REQUEST TO STAFF MEMBER

52926
Number

To: Unit Team Potter
_____(Name and Title of Officer or Department)_____
Date: 2·8·22

State completely but briefly the problem on which you desire assistance. (Be specific.)

The administration is allowing CSI Hopkins to work in this cellhouse at night while I sleep. I have a Grievance on this staff member and I'm raising this complaint with you since this is your cellhouse. This is a mental & emotional I'm dealing with and I want this information to be checked on by you.

Work Assignment: Aramark          Living Unit Assignment: B5/107

Comment: _____     Detail or C.H. Officer: _____

Disposition: There is no grievance noted/found by administration nor would that prevent the officer from working in this unit. Information has been noted regarding your concerns.

To: _____          Date: _____
_____(Name & Number)_____

U.S. Potter
2·9·22

Disposition: _____

_____

_____

_____

Employee's Signature          **To be returned to inmate.**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_Riley_
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

_52926_
Number

### INMATE REQUEST TO STAFF MEMBER

To: _Unit Team Potter_                    Date: _3-17-22_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I was harassed and mean faced by COI Sgt. Hopkins in Aramark Kitchen on 3-17-22 as I was working line and as he walked past me he stated, "what you looking at." (see video footage morning shift)

Work Assignment: _Aramark_          Living Unit Assignment: _BS-109_

Comment: _____          Detail or C.H. Officer: _____

Disposition: Noted. UTS _Potter_
3-18-22

To: _____          Date: _____
(Name & Number)

# Health Services Request Form

| For Medical Use Only | |
|---|---|
| Sólo para uso médico | |
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre): Martin Riley

Date of Request: 12-20-21

ID #: 52926          Date of Birth (Fecha de nacimiento): 5-16-68

Housing Location (Ubicación de la vivienda): B5 104

Nature of problem or request (Naturaleza del problema o solicitud):

I have been trying to move around on a fractured foot since 12-16-20, and on 12-17-21 I seen a nurse and she informed me of the seriousness of my injured foot and informed me that I will be put on list for cat scan for foot. I need assistance right now please,

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: PMDL          ☑ Routine   ☐ Urgent   ☐ Emergent

Date: 12-21-21          Time: 0904

Date of Face-to-Face Visit: 12-21-21

Other:

Response Recommendation (to be completed by Medical Staff only)

| Initial | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
|---|---|---|---|---|---|---|
| Appointment | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments:

Staff Signature          Date          12-21-21

centurion

# Health Services Request Form

| For Medical Use Only |
| --- |
| Sólo para uso médico |
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): *Martin Riley*

Date of Request: *12-29-21*

ID #: *52926*          Date of Birth (Fecha de nacimiento): *5-16-68*

Housing Location (Ubicación de la vivienda):

Nature of problem or request (Naturaleza del problema o solicitud):

*I am in alot of pain, I need to see a
specialist about my foot*

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

*Mart Riley*
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____  ☐ Routine   ☐ Urgent   ☐ Emergent

Date: _____  Time: _____

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge   ☐ $2.00

Comments:

_____          _____
Staff Signature                              Date



# Health Services Request Form

| For Medical Use Only | |
|---|---|
| Sólo para uso médico | |
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre): *Martin Riley*

Date of Request: *12-29-21*

ID #: *52926*          Date of Birth (Fecha de nacimiento): *5-16-68*

Housing Location (Ubicación de la vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud):

*I am in a lot of pain. I need to see a specialist about my foot*

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

*Mart Riley*

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____   ☐ Routine   ☐ Urgent   ☐ Emergent

Date: _____   Time: _____

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| | | | | | |
|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge   ☐ $2.00

Comments:

_____          _____
Staff Signature                                    Date

Centurion: REC-013KS
07/01/2020

centurion.

# Health Services Request Form

| For Medical Use Only Sólo para uso médico | |
|---|---|
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre): _Mark Riley_

Date of Request: _1-2-22_

ID #: _52936_          Date of Birth (Fecha de nacimiento): _5/16/68_

Housing Location (Ubicación de la vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud):

_I need to see Nurse, I'm In pain, My foot hurts_

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____          ☐ Routine   ☐ Urgent   ☐ Emergent

Date: _____          Time: _____

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge   ☐ $2.00

Comments:

_____          _____
Staff Signature                    Date



# Health Services Request Form

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | 1/4/1?? |
| Time Received: | 120? |

Print Name (Imprimir nombre): Martin Riley

Date of Request: 1-2-22

ID #: 52926          Date of Birth (Fecha de nacimiento): 5/16/68

Housing Location (Ubicación de la vivienda): PE 111

Nature of problem or request (Naturaleza del problema o solicitud):

I need to see Nurse, I'm In pain. My foot hurts

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____          ☐ Routine    ☐ Urgent    ☐ Emergent

Date: 1/5/22          Time: _____

Date of Face-to-Face Visit: 1/5/22

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| | | | | | |
|---|---|---|---|---|---|
| Initial ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment ☐ Nurse | ☑ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge ☐ $2.00 | N/C | | | | |

Comments: Apt referral c provider 3 day Ibuprofen

Staff Signature          Date

Centurion: REC-013KS
07/01/2020



# Health Services Request Form

| For Medical Use Only | |
| :--- | :--- |
| Sólo para uso médico | |
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre): _____

Date of Request: _____

ID #: _____    Date of Birth (Fecha de nacimiento): _____

Housing Location (Ubicación de la vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud):

_____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____    ☐ Routine    ☐ Urgent    ☐ Emergent

Date: _____    Time: _____

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| Initial | | | | | | |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge    ☐ $2.00

Comments:

_____
Staff Signature                          Date

Centurion: REC-013KS
07/01/2020



# Health Services Request Form

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre): _Martin Riley_

Date of Request: _1-21-22_

ID #: _52926_   Date of Birth (Fecha de nacimiento): _5-16-68_

Housing Location (Ubicación de la vivienda): _B5 69_

Nature of problem or request (Naturaleza del problema o solicitud):

_I need to see Dr. Wilson, I'm still waiting to give this crutch up for a cane_

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _W Goth   EST_   ☑ Routine   ☐ Urgent   ☐ Emergent

Date: _1-22-22_   Time: _0900_

Date of Face-to-Face Visit:

Other: _WRITTEN RESPONSE_

Response Recommendation (to be completed by Medical Staff only)

| | | | | | |
|---|---|---|---|---|---|
| Initial | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge ☐ $2.00 ☑

Comments: _Request for cane has been submitted, awaiting BLD management approval. Pratt_   _1-23-22_

Staff Signature                         Date

Centurion: REC-013KS
07/01/2020



# Health Services Request Form

| For Medical Use Only |
| --- |
| Sólo para uso médico |
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): _Martin Riley_        B-5-19

Date of Request: _3-3-22_

ID #: _52926_        Date of Birth (Fecha de nacimiento): _5-16-65_

Housing Location (Ubicación de la vivienda): _Medical Callout_

Nature of problem or request (Naturaleza del problema o solicitud):

_I need to see Dr. Whun about the pain I'm having in my left foot, and I need my blood pressure checked. I may have nerve damage in left foot._

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_Martin Riley_
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _J Henricks LPN_        ☐ Routine   ☐ Urgent   ☐ Emergent

Date: _3-3-22_        Time: _0205_

Date of Face-to-Face Visit: _____

Other: _____

### Response Recommendation (to be completed by Medical Staff only)

Initial        ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Appointment  ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Fee Charge   ☐ $2.00
Comments:

_Kathleen An_                    _3/3/22_
Staff Signature                    Date

_pt Called Dr 2 today cp response to medical_

Centurion: REC-013KS
07/01/2020

centurion.

# Health Services Request Form

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre): *Martin Riley*

Date of Request: *3-6-22*

ID #: *52926*     Date of Birth (Fecha de nacimiento): *5-16-68*

Housing Location (Ubicación de la vivienda): *Sick call   B E-109*

Nature of problem or request (Naturaleza del problema o solicitud):
*Possible nerve damage in left foot. No feeling in Toes!!*
*Also: Need blood pressure checked. Need to see Dr. Wilson*
*or nurse*

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

*Mat Riley*

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____   ☐ Routine   ☑ Urgent   ☐ Emergent

Date: _____   Time: *0115*

Date of Face-to-Face Visit: *03.07.22*   *1400*

Other: _____

Response Recommendation (to be completed by Medical Staff only)

Initial       ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP

Appointment   ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP

Fee Charge    ☐ $2.00   *F/U NC*

Comments: *referred to HP*

| Staff Signature | Date *03.07.22* |
|---|---|

*247.4*
*176*
*34/76*
*97 RA*
*88*
*97*

Centurion: REC-013KS
07/01/2020



centurion.

# Health Services Request Form

| For Medical Use Only<br>Sólo para uso médico |
|---|
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): _Martin Riley_

Date of Request: _3-20-22_

ID #: _57926_        Date of Birth (Fecha de nacimiento): _5-16-68_

Housing Location (Ubicación de la vivienda): _BS-109_

Nature of problem or request (Naturaleza del problema o solicitud):
_I need to see nurse or doctor Wilson about my foot, I'm feeling alot of pain in left foot_

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_Martin Riley_
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____    ☐ Routine   ☒ Urgent   ☐ Emergent

Date: _____    Time: _____

Date of Face-to-Face Visit: _____    MAR 22 '22 AM 12:56

Other: _____

### Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
|---|---|---|---|---|---|---|
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge   ☐ $2.00 _N.C._

Comments:

_____        _3/24/22_
Staff Signature                Date

Centurion: REC-013KS
07/01/2020



# Health Services Request Form

| For Medical Use Only Sólo para uso médico | |
|---|---|
| Date Received: | 7 22 22 |
| Time Received: | 830 |

Print Name (Imprimir nombre): Martin Riley

Date of Request:

ID #: _____ Date of Birth (Fecha de nacimiento): 3/16/61

Housing Location (Ubicación de la vivienda): E 109/11  Clinic

Nature of problem or request (Naturaleza del problema o solicitud): i i i been having me a lot of pain

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____  ☐ Routine  ☐ Urgent  ☐ Emergent

Date: _____  Time: _____

Date of Face-to-Face Visit: _____

Other: _____

### Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
|---|---|---|---|---|---|---|
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge  ☐ $2.00

Comments:

Staff Signature                     Date

Centurion: REC-013KS
07/01/2020

centurion

# Health Services Request Form

| For Medical Use Only |
| Sólo para uso médico |
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): _Martha Riley_

Date of Request: _1-21-22_

ID #: _82936_          Date of Birth (Fecha de nacimiento): _8/18/85_

Housing Location (Ubicación de la vivienda): _RG 109_

Nature of problem or request (Naturaleza del problema o solicitud):

_I need to see Mental Health. I'm having
Anxiety Attacks and I'm seeking treatment to
help me._

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original -- Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____     ☐ Routine    ☐ Urgent    ☐ Emergent

Date: _____     Time: _____

Date of Face-to-Face Visit: _1/29/22_

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☒ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☒ Mental Health | ☐ ARNP |

Fee Charge    ☐ $2.00

Comments: _____

Staff Signature          Date

Centurion: REC-013KS
07/01/2020



# Health Services Request Form

| For Medical Use Only |
|---|
| Sólo para uso médico |
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): *Martha Pilar*
Date of Request: _____
ID #: _____   Date of Birth (Fecha de nacimiento): _____
Housing Location (Ubicación de la vivienda): _____
Nature of problem or request (Naturaleza del problema o solicitud):
*For the last Month CSI Hopkins who I have a grievance
on for assault & battery is working my cellhouse and this
is making me mentally & emotionally distressed because the other*

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: _____   ☐ Routine   ☐ Urgent   ☐ Emergent
Date: _____   Time: _____
Date of Face-to-Face Visit: _____
Other: _____
Response Recommendation (to be completed by Medical Staff only)
Initial   ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Appointment   ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Fee Charge   ☐ $2.00
Comments: _____
Staff Signature _____   Date _____

Centurion: REC-013KS
07/01/2020


# Health Services Request Form

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | MAR 22 '22 AM 12:54 |
| Time Received: | |

Print Name (Imprimir nombre): _____

Date of Request: 3-18-22

ID #: 52926          Date of Birth (Fecha de nacimiento): 5-16-68

Housing Location (Ubicación de la vivienda): Mental Health

Nature of problem or request (Naturaleza del problema o solicitud):

Need to see Mental health Counselor. I was harassed on 3-17-22 by CS1 Hopkins at 4:00 am to 4:30 am as I was working food line (See video footage)

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____     ☐ Routine   ☒ Urgent   ☐ Emergent

Date: 3/22/22               Time: 0830

Date of Face-to-Face Visit: _____     MAR 22 '22 AM 12:55

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☒ Mental Health | ☐ ARNP |
|---|---|---|---|---|---|---|
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☒ Mental Health | ☐ ARNP |

Fee Charge   ☐ $2.00

Comments: Ct seen + issue addressed

_____          3/22/22
Staff Signature                    Date

Centurion: REC-013KS
07/01/2020

