# UNITED STATES DISTRICT COURT
## District of Kansas

Martin Arnold Riley
Plaintiff/Petitioner

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT BY A PRISONER

Deputy Warden Skidmore al et.
Defendant/Respondent

CASE NUMBER  22-3185-JWL-JPO

I, Martin A. Riley, declare that I am the (check appropriate box)

■ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ■ Yes    ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration El Dorado Correctional Facility
    Are you employed at the institution? Yes
    Do you receive any payment from the institution? Yes
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Do you have any cash or checking or savings accounts? ☐ Yes ■ No

    If "Yes," state the total amount.

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

I declare under penalty of perjury that the above information is true and correct.

Signed at: __El Dorado Correctional Facility__  __Matt A. Riley__
(Location)                                        (Signature)

__8-23-22__                                       __#52926__
(Date)                                            (Inmate Number)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

*Richard D. Hoover*
NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires 9/16/2022