Inmate Account Statement

nate:   0052926 RILEY,MARTIN,ARNOLD

|  | Total Deposits | Average Cash Balance* | Average Forced Savings[1] Balance* | Average Mandatory Savings[2] Balance*** |
|---|---:|---:|---:|---:|
| nuary: | 35.00 | 6.86 | 204.37 | 760.43 |
| oruary: | 35.00 | 17.08 | 204.37 | 760.43 |
| rch: | 35.00 | 5.12 | 204.37 | 760.43 |
| ril: | 191.00 | 76.56 | 213.04 | 760.43 |
| y: | 83.80 | 60.83 | 215.50 | 760.43 |
| ne: | 72.39 | 36.04 | 219.15 | 760.49 |
| tal all Months: | 452.19 | 202.49 | 1260.80 | 4562.64 |
| erage for Preceding Months:** | 75.37 | 33.75 | 210.13 | 760.44 |
| rrent Available Balance as of 8/04/2022: |  | 1.51 | 224.96 |  |

NOTE:   The average balance is calculated from the account data for the inmate
        location at the time interest is posted to his/her account for cash,
        forced savings, and mandatory savings.

NOTE:   Average balance for preceding months is calculated from only
        months for which interest has been posted.

NOTE:   Mandatory savings cannot be spent on court costs or attorney
        fees pursuant to statute and the Kansas Department of Corrections policy.

This is to certify that this statement represents a true summary of
deposits and average daily balances for the period shown.  The
current balance of available funds is as reflected in the above statement.

Certify Correct:                        *Natalie Stanley*     8/4/2022
KANSAS DEPARTMENT OF CORRECTIONS        Signature of Authorized    Date
714 SW Jackson, Suite 300
Topeka                KS  66603-0000    Accountant II
                                        Position

rced Savings is established per Internal Management Policy and Procedure 04-103.
ndatory Savings is established per K.S.A. 75-5268 1(g).