IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Martin Arnold Riley )
)
Plaintiff(s), )
)
v. ) Case No. 22-3185-JWL-JPO
)
James Skidmore - Deputy Warden et al. )
Sgt. Hopkins - CS1 at LCF )
Defendant(s). )
)

MOTION FOR APPOINTMENT OF COUNSEL
AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, Martin Arnold Riley, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's Pro Se Guide (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff confer with (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney Tenopir & Huerter
Firm Name " " "
Address 1610 SW Topeka Blvd. Topeka, KS 66612
Date(s) of Contact 04-09-22
Method of Contact Letter
Response Received None

(2) Name of Attorney Phelps
Firm Name PHELPS - Chartered
Address PHELPS BLDG. 1414 SW Topeka Blvd. P.O. Box 1886 Topeka, KS 66601
Date(s) of Contact 04-09-22
Method of Contact Letter
Response Received None

(3) Name of Attorney Catalina Thompson
Firm Name
Address 112 South Main, Suite A Lansing, KS 66043
Date(s) of Contact 04-09-22
Method of Contact Letter
Response Received None

# Lawyers

Reginald Keith Davis
Brotherhood Building, Kansas City, KS 66101
753 State Ave., Suite 707
8-15-22
Letter
None

J. Charles Droege
10990 Quivira, Suite 280 Overland Park, KS 66210
8-15-22
Letter
None

Michael Holland
Holland & Holland
P.O. Box 206 618 Main Street, Russell, KS 67665-0206
8-15-22
Letter
None

Joseph K. Eischens
DKEM
2345 Grand Boulevard, Suite 2110 Olathe, KS 66062
8-15-22
Letter
None

Lawyers

Steven J. Borel
1580 Mahaffie Circle Olathe, KS 66062
8-15-22
Letter
None

Leavenworth County Attorney
Justice Center
601 South 3rd Street, Suite 3069 Leavenworth, KS 66048
8-16-22
Letter
None

Kansas Attorney General
120 SW 10th Ave. 2nd Floor Topeka, KS 66612-1597
8-16-22
Letter
None

US Attorney For the District of Kansas
444 S.E. Quincy, Suite 290 Topeka, KS 66683
8-16-22
Letter
None

American Civil Liberties Union (ACLU)
P.O. Box 917 Mission, KS 66201
March 16-22
Letter
Letter

4) Name of Attorney ____
Firm Name NAACP Topeka Kansas Unit
Address 501 SE Jefferson Topeka, KS 66603
Date(s) of Contact 04-09-22
Method of Contact Letter
Response Received None

(5) Name of Attorney ____
Firm Name Kansas State Conference of NAACP Branch
Address P.O. Box 21298 Wichita, KS 67208
Date(s) of Contact 04-09-22
Method of Contact Letter
Response Received None

(6) Name of Attorney Legal Services For Prisoners
Firm Name Legal Services For Prisoners
Address P.O. Box 2 Lansing, KS 66043
Date(s) of Contact 02-09-22
Method of Contact Letter
Response Received Letter

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

 No ☒

*OR*

I have completed and am now filing an Affidavit of Financial Status along with this motion.

Yes ☒ ██████

In addition to the foregoing, I believe that the court should consider the following additional information:

Child Support has priority ownership of my finances for (4) Children.

_______________________________________________

_______________________________________________

*(attach additional sheets, if necessary)*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/23/22.
(Date)

Mart A. Riley
Signature of Plaintiff

Martin A. Riley
Name (print or type)

P.O. Box 311
Address

El Dorado | KS | 67042
City | State | Zip Code

_______________________________________________
Telephone Number

_______________________________________________
E-Mail Address

Richard D. Hoover

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires 9/16/2022

CERTIFICATE OF SERVICE

(For Registered Electronic Filing Users)

I hereby certify that on N/A (Date), I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

*[list parties that are CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participants:

*[list parties that are not CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ ____________________

Name ____________________

Address ____________________

____________________

Phone Number ____________________

Email Address ____________________