United States District Court
For The District of Kansas

Martin Arnold Riley
    plaintiff

Case No.
Div No.    22-3185-JWL-JPO

v.

Deputy Warden Skidmore, al et.

## Motion To Endorse Additional Witnesses

    Comes Now the plaintiff above-named and moves the court for an order granting the plaintiff leave to endorse the following additional witnesses on the complaint herein before filed in the above-entitled case, for the reason that it was later discovered they would be needed for trial, to wit:

| | |
|---|---|
| Leutenant Lee<br>Lansing Correctional officer/Lansing | Dr. Wilson<br>Chronic Care Dr./Lansing |
| Sort Team Leader<br>Officer Hoover/Lansing | Dr. William<br>Mental Health Counselor<br>Lansing |

CS1 Koenegstein  
Hearing officer/Lansing

Dr. Joe  
Clinic Doctor/Lansing

Eric Reinhard  
Unit Team/Lansing

Dr. Flores  
Chronic Care/El Dorado

## Certificate of Service

I, the undersigned, hereby certify that a copy of the above and foregoing "Motion To Endorse" additional witnesses was served on: Lt. Lee, Sort leader Hoover, Dr. Wilson, Dr. Joe, Dr. William, officer Koenegstein, Unit Team Reinhard, Dr. Flores by United States Mail.

by _Martin A. Riley_  
Martin Arnold Riley #52926  
El Dorado Correctional Facility  
P.O. Box 311  
El Dorado, Kansas 67042

_Richard D. Hoover_  
NOTARY PUBLIC - State of Kansas  
RICHARD D. HOOVER  
My Appt Expires 9/16/2022