## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS


**MARTIN ARNOLD RILEY,**

    **Plaintiff,**

        **v.**　　　　　　　　　　　　　　　　　**CASE NO. 22-3185-JWL-JPO**

**DEPUTY WARDEN (FNU) SKIDMORE, ET AL.,**

    **Defendants.**


### SERVICE ORDER

This matter is a civil rights action filed by a prisoner in the custody of the Secretary of the Kansas Department of Corrections ("KDOC").   The Court has conducted a preliminary review of the Complaint and finds a responsive pleading is necessary.

IT IS ORDERED that:

The Clerk of the Court shall notify the Kansas Attorney General ("AG") and the KDOC of this Service Order. The Court requests that Defendants CSI Sgt. (fnu) Hopkins, Major (fnu) East, Capt. (fnu) Brown, Lt. (fnu) Rasmussen, and U.T. (fnu) Potter waive formal service of process

The AG and/or the KDOC shall have **thirty (30) days** from entry of this Service Order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted.   Upon the electronic filing of the Waiver of Service Executed, KDOC shall have **sixty (60) days** to prepare a report pursuant to *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978).   Upon the filing of that report, the Court will screen Plaintiff's Complaint and will enter an order setting an answer deadline if the Complaint survives screening.   Any answer deadline set forth in the waiver of service is not controlling.

In those cases where a Waiver of Service Unexecuted is filed, the KDOC shall have **ten (10) days** from the filing of the Waiver of Service Unexecuted, to supply the Clerk of Court with the last known forwarding addresses for former employees, said addresses to be placed under seal and used

only for the purpose of attempting to effect service of process.

Copies of this Service Order shall be transmitted to the AG and the KDOC.

**IT IS SO ORDERED.**

Dated this 6th day of September, 2022, at Kansas City, Kansas.


**s/ John W. Lungstrum**
**SAM A. CROW**
**U.S. District Judge**