United States District Court      Date: 9-19-22
For The District of Kansas

Martin Arnold Riley
    Plaintiff                     Summons

                                           Civil Action No.
    V.                                 22-3185-JWL-JPO

Deputy Warden Skidmore al et.
CS1 Sgt. Hopkins in his individual capacity
Major East in his individual capacity
Capt. Brown in his individual capacity
Lt. Rasmussen in his individual capacity
E.A.I Gift in his individual capacity
Unit Team Potter in her individual capacity

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiffs, whose address is LCF, P.O Box 2, Lansing Kansas, 66043 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the court

Date: _____

Martin A. Riley #52926
Martin Arnold Riley #52926
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042