# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

__Martin Arnold Riley__

Plaintiff(s),

v.

__CS1 Sgt. Hopkins al et__

Defendant(s).

Case No. __22-3185-JWL-JPO__

## MOTION FOR APPOINTMENT OF COUNSEL
## AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, __Martin Arnold Riley__, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court _may_ appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's Pro Se Guide (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff confer with (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney __Tenopir & Huerter__
    Firm Name __"__
    Address __1610 SW Topeka Blvd. Topeka, KS 66612__
    Date(s) of Contact __04-09-22__
    Method of Contact __Letter__
    Response Received __None__

(2) Name of Attorney __Phelps__
    Firm Name __PHELPS-Chartered__
    Address __PHELPS BLDG. 1414 SW Topeka Blvd. P.O. Box 1886 Topeka, KS 66601__
    Date(s) of Contact __04-09-22__
    Method of Contact __Letter__
    Response Received __None__

(3) Name of Attorney __Catalina Thompson__
    Firm Name _____
    Address __112 South Main, Suite A Lansing, KS 66043__
    Date(s) of Contact __04-09-22__
    Method of Contact __Letter__
    Response Received __None__

# Lawyers

Reginald Keith Davis
Brotherhood Building, Kansas City, KS 66101
753 State Ave., Suite 707
8-15-22
Letter
None

J. Charles Droege
10990 Quivira, Suite 280   Overland Park, KS 66210
8-15-22
Letter
None

Michael Holland
Holland & Holland
P.O. Box 206  618 Main Street,  Russell, KS 67665-0206
8-15-22
Letter
None

Joseph K. Eischens
DKEM
2345 Grand Boulevard, Suite 2110   Olathe, KS 66062
8-15-22
Letter
None

Lawyers

Steven J. Borel
1580 Mahaffie Circle   Olathe, KS   66062
8-15-22
Letter
None

Leavenworth County Attorney
Justice Center
601 South 3rd Street, Suite 3069   Leavenworth, KS  66048
8-16-22
Letter
None

Kansas Attorney General
120 SW 10th Ave. 2nd Floor   Topeka, KS   66612-1597
8-16-22
Letter
None

US Attorney For the District of Kansas
444 S.E. Quincy, Suite 290   Topeka, KS  66683
8-16-22
Letter
None

American Civil Liberties Union (ACLU)
P.O. Box 917    Mission, KS 66201
March 16-22
Letter
Letter

4)     Name of Attorney _____
       Firm Name __NAACP Topeka Kansas Unit__
       Address __501 SE Jefferson   Topeka, KS 66603__
       Date(s) of Contact __04-09-22__
       Method of Contact __Letter__
       Response Received __None__

(5)    Name of Attorney _____
       Firm Name __Kansas State Conference of NAACP Branch__
       Address __P.O. Box 21298   Wichita, KS 67208__
       Date(s) of Contact __04-09-22__
       Method of Contact __Letter__
       Response Received __None__

(6)    Name of Attorney _____
       Firm Name __Legal Service for Prisoners__
       Address __P.O. Box 2   Lansing, KS 66043__
       Date(s) of Contact __02-09-22__
       Method of Contact __Letter__
       Response Received __Letter__

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

       Yes ☐    No ☒

*OR*

I have completed and am now filing an Affidavit of Financial Status along with this motion.

       Yes ☒    No ☐

In addition to the foregoing, I believe that the court should consider the following additional information:

__Child Support has priority over my finances for (4) children__

-3-

_____

_____

*(attach additional sheets, if necessary)*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-19-22  .
(Date)

Martin A. Riley
Signature of Plaintiff

Martin A. Riley
Name (print or type)

P.O. Box 311
Address

El Dorado    KS    67042
City         State    Zip Code

N/A
Telephone Number

N/A
E-Mail Address

-4-