United States District Court
For The District of Kansas

Martin Arnold Riley,
    Plaintiff

v.

Deputy Warden Skidmore et al.,
    Defendant(s)

(All In there individual capacity)
CS1 Sgt. Hopkins in his individual capacity
E.A.I Gift in his individual capacity
Major East in his individual capacity
Capt. Brown in his individual capacity
Lt. Rasmussen in his individual capacity
Unit Team Potter in her individual capacity

Case No. 22-3185-JWL-JPO

Declaration In Support of Plaintiff's Motion For The Appointment of Counsel

Civil Rights Complaint Pursuant To 42 U.S.C. § 1983

## Declaration In Support of Plaintiff's Motion For The Appointment of Counsel

Martin A. Riley states:

1) I am the plaintiff in the above-entitled case. I make this declaration in support of my motion for this appointment of counsel.

2) The complaint in this case alleges that the plaintiff was subjected to the misuse of force by CS1 Sgt. Hopkins, a Correctional officer, who actively slammed plaintiff's foot

in cellroom door several times with the attempt to do wanton, malicious intent to do bodily harm. Defendant ignored plaintiff's plea for medical care. Plaintiff also asked defendant to call his supervisor only to be met with a verbal response, Fxxk you....deal with the Pain. Plaintiff kept pushing emergency button in room, but defendant kept turning emergency button off through defendants entire shift (from 3:25 am to 6:00 am on 12-16-21)

3) This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants.

4) The case involves medical issues that may require expert testimony.

5) Plaintiff requests a jury trial

6) The case will require discovery of documents and depositions of a number of witnesses

7) The testimony will be in sharp conflict, since the plaintiff alleges that the defendant assaulted and batterized him, and in disciplinary report written by defendant admits to using force on plaintiff's foot.

8) Plaintiff has only a high school education and has no legal education.

9) Plaintiff is currently under Mental Health care and takes medication (RimRon) that helps plaintiff with his anxiety.

10) Plaintiff is presently located at a facility with very limited access to legal materials and has little time to investigate the facts of the case, for example, by locating and interviewing witnesses, that can answer questions to this case.

11) As set forth in the Memorandum of law submitted with this motion, these facts, along with the legal merits of plaintiff's claims, support the appointment of counsel to represent the plaintiff.

WHEREFORE, the plaintiff's motion for appointment of counsel should be granted.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of September 2022.

*Martin A. Riley*
Martin A. Riley #52926
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042