United States District Court
For the District of Kansas

FILED
OCT 31 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

Martin Arnold Riley     Case No. 5:22-CV-03185-JWL-JPO
     Plaintiff

  v.

Deputy Warden Skidmore et al.,
          Defendant(s)
(fnu) Rasmussen
(fnu) Hopkins
(fnu) Potter
(fnu) East
(fnu) Brown
(In their individual capacity)

## DECLARATION FOR ENTRY OF DEFAULT

I, Martin Arnold Riley, hereby declares:

I am the plaintiff herein. The complaint herein was filed on the 30th of July, 2022.

The Court files and record herein show that the Defendants were served by the United States Marshall with a copy of Summons, and a copy of the Plaintiff's complaint

(1)

on the 6th of September 2022.

More than 20 days have elapsed since the date on which the Defendants herein were served with summons and a copy of Plaintiff's complaint, excluding the date thereof.

The Defendants have failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff herein.

Defendants are not in the military service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct. Executed at El Dorado, Kansas on 10-27-22.

*Martin Arnold Riley*
Martin Arnold Riley #52926
El Dorado Correctional Facility
1737 S.E. Hwy. 54
P.O. Box 311
El Dorado, Kansas 67042
Phone: (316) 321-7284
Fax: (316) 322-2018
Pro Se: Plaintiff

②