Martin A. Riley #52926
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042

RECEIVED
OCT 31 2022
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Legal Mail

WICHITA KS 670
27 OCT 2022 PM 3 L



Office of the Clerk
United States District Court
444 SE. Quincy, Rm #490
Topeka, Kansas 66683



NOTICE! This correspondence was mailed from an institution operated by the Kansas Department of Corrections. Its contents are uncensored.