IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARTIN ARNOLD RILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case. No. 22-3185-JWL-JPO |
| | ) |
| **(FNU) SKIDMORE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL AND
ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**

Pursuant to D. Kan. Rule 83.5.5(c), Matthew L. Shoger, Assistant Attorney General, hereby enters his appearance as substituted counsel for Defendants (FNU) Hopkins, (FNU) East, (FNU) Brown, (FNU) Rasmussen, (FNU) Potter.  Dennis D. Depew, Deputy Attorney General, hereby withdraws his appearance as counsel of record for Defendants.

This notice is being served as required by D. Kan. Rule 83.5.5(c).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for KDOC Defendants*

/s/ Dennis D. Depew
Dennis D. Depew, #11605
Deputy Attorney General
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597
Tele: (785) 296-2215
Fax: (785) 295-3875
Dennis.Depew@ag.ks.gov
*Attorney for KDOC Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Martin Arnold Riley, #52926
EL DORADO Correctional Facility-Central
PO Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

/s/ Matthew L. Shoger
Matthew L. Shoger
Assistant Attorney General

- 2 -