LIBBY K. SNIDER, SC# 19457
LEGAL COUNSEL
KANSAS DEPARTMENT OF CORRECTIONS
714 SW JACKSON ST 2ND FLOOR
TOPEKA, KS  66603
TEL: 785.940.1124
FAX: 785.296.0014

Libby.Snider@ks.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARTIN ARNOLD RILEY #52926** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 22-CV-3185-JWL-JPO |
| v. ) | |
| **(FNU) SKIDMORE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION FOR EXTENSION OF TIME TO FILE MARTINEZ REPORT

**COMES NOW**, the Kansas Department of Corrections (KDOC) as an interested party, through Counsel Libby K. Snider, and moves this Court for an order extending the time to file the Martinez Report ordered by the Court in this matter. In support of this motion, KDOC states as follows:

1. The Martinez Report is currently due December 6, 2022.

2. Counsel has requested but has not yet received all the pertinent information essential to complete the Martinez Report in this matter.

1

3. Counsel believes a 10-day extension will provide sufficient time to secure the records and complete the report. The interest of Justice will be served by granting this extension in that Counsel will be able to provide meaningful information to the Court to assist in the resolution of the cause.

4. This is counsel's first request for an extension in this matter. Counsel has not consulted with plaintiff *pro se* before filing this motion.

**WHEREFORE**, KDOC respectfully requests a ten (10) day extension, or until December 16, 2022, to file the Martinez report ordered in this cause.

Respectfully Submitted,

/s/ *Libby K. Snider*
Libby K. Snider, SC# 19457
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, 2nd Floor
Topeka, KS 66603
Tel: 785.940.1124
Fax: 785.296.0014
Libby.Snider@ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kansas Attorney General
120 SW 10th Ave., #2
Topeka, KS 66612

I hereby certify that a true and correct copy of the foregoing was sent via intra facility mail on this 6th day of December 2022 to:

Martin Arnold Riley #52926
EDCF
P.O. Box 311
El Dorado, KS 67042

/s/ *Libby K. Snider*
Libby K. Snider, SC# 19457