IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN ARNOLD RILEY, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)　　Case no. 22-3185-JWL-JPO<br>　　　　　　　　　　　　　　　　)<br>DEPUTY WARDEN (FNU) SKIDMORE, *et al*.,　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　　)　| |

## **DECLARATION OF ERIC HOPKINS**

Comes now, Eric Hopkins, and declares under the penalty of perjury as follows:

1. I have been employed by the Kansas Department of Corrections ("KDOC") since January 14, 2013 (previously employed November 2000-May 2006), and I have served as Corrections Supervisor I since 2015.

2. I am aware that Martin Arnold Riley #52926, has filed a lawsuit regarding a foot injury while incarcerated at the Lansing Correctional Facility (LCF) on or about December 16, 2021 at approximately 3a.m.

3. I let the Plaintiff out of his cell to attend his job in the kitchen, and Plaintiff immediately started to curse at me and make demands. I told him multiple times to calm himself, but Plaintiff got louder and stated that he would "take care of [Hopkins] in [his] way then." I concluded that Plaintiff was too agitated to be sent to the kitchen area, so I directed him to lock back up, and Plaintiff refused more than once. Plaintiff never asked me for medical assistance for any reason, and I am unaware of any grievance concerning the incident.

4.	I did write a disciplinary report against Plaintiff for threatening and disobeying, but I am unaware of any other reports filed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2022.

/s/ Eric Hopkins
_____
Eric Hopkins