Libby Snider
KS S.C. #19457
Legal Counsel
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, KS 66603
(785)746-7499
Libby.Snider@ks.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| MARTIN ARNOLD RILEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case no. 22-3185-JWL-JPO |
| | ) | |
| DEPUTY WARDEN (FNU) SKIDMORE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**KDOC's MOTION TO FILE EXHIBIT 5 TO THE MARTINEZ REPORT UNDER SEAL**

The Kansas Department of Corrections (KDOC), through counsel, pursuant to Local Rule 5.4.6, moves that Exhibit 5 to the Martinez Report be filed under seal.  The exhibit contains personal and confidential information regarding Plaintiff.

For this reason, KDOC requests that this Court file Exhibit 5 to the Martinez Report under seal, so that its contents are protected from public disclosure.  This request is made for no improper purpose, but rather is made in a good faith effort to maintain the confidentiality of the information, and in respect for the privacy interests of the Plaintiff.

Respectfully submitted,

/s/ Libby Snider

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing MOTION TO FILE EXHIBIT 5 TO THE MARTINEZ REPORT UNDER SEAL was placed in the interfacility mail this 16th day of December, 2022, to:

Martin  Riley #52926
El Dorado Correctional Facility
PO Box 311
El Dorado , KS 67042
Plaintiff *pro se*

/s/ Libby Snider