IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARTIN ARNOLD RILEY,

    **Plaintiff,**

    v.                                    CASE NO. 22-3185-JWL-JPO

(FNU) SKIDMORE, et al.,

    **Defendants.**

## ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights case under 42 U.S.C. § 1983. Plaintiff is an inmate at the El Dorado Correctional Facility in El Dorado, Kansas. On September 6, 2022, the Court entered a Memorandum and Order (Doc. 7) ordering the Kansas Department of Corrections ("KDOC") to prepare a *Martinez* Report. The Report has now been filed. (Doc. 18.) This matter is before the Court on the KDOC's Motion to File Exhibit 5 to the Martinez Report Under Seal (Doc. 20). Exhibit 5, provisionally sealed at Doc. 19, consists of Plaintiff's personal and confidential medical records. The Court grants the motion.

**IT IS THEREFORE ORDERED** that the KDOC's Motion to File Exhibit 5 to the Martinez Report Under Seal (Doc. 20) is **granted.** Exhibit 5 to the *Martinez* Report shall be filed under seal.

**IT IS SO ORDERED**.

Dated December 19, 2022, in Kansas City, Kansas.

                                              **S/ John W. Lungstrum**
                                              **JOHN W. LUNGSTRUM**
                                              **UNITED STATES DISTRICT JUDGE**