United States District Court  Date: 01-19-23
For The District of Kansas

Martin Arnold Riley
    Plaintiff,

                                Case No. 22-3185-JWL-JPO

V.

(FNU) Skidmore, et al.,
    Defendants.

## Request of Order

In pursuant to the Report In "Martinez v. Aaron" Investigation Civil Rights Complaint filed by Defendants on Dec. 23, 2022. The Court ordered a complete preparation of a Martinez Report (Doc. 7), from defendants. Plaintiff request that this Court order the defendants to produce the following information that is missing in this Martinez v. Aaron Report:

1) Unit Team Potter's Declaration
2) Lt. Rasmussen Declaration
3) Plaintiff's Riley medical records here at El Dorado from Doctors and Physical Therapist from June 1st, 2022 to present.
4) A copy of property and injured claim Plaintiff filed.
5) Mental Health Ms. William Declaration
6) Capt. Brown Declaration

Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Request of Order in the Report In "Martinez v. Aaron" Investigation was placed in the interfacility mail this 19th day of January, 2023, to:

Libby Snider
KS S.C. #19457
Legal Counsel
Kansas Dept. of Corrections
714 SW Jackson St, Suite 300
Topeka, Kansas 66603
(785) 746-7499

Clerk
U.S. District Court
444 S.E. Quincy, Rm. 490
Topeka, Kansas 66683

Martin A. Riley #52926
Martin A. Riley #52926
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042