IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARTIN ARNOLD RILEY,

    **Plaintiff,**

    v.                        CASE NO. 22-3185-JWL-JPO

(FNU) SKIDMORE, et al.,

    **Defendants.**

**ORDER**

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights case under 42 U.S.C. § 1983. This matter is before the Court on Plaintiff's motion for the Court to intervene (Doc. 23) and Request for Order (Doc. 24).

Plaintiff's motion for Court intervention indicates that he was experiencing difficulties electronically filing his documents at the El Dorado Correctional Facility ("EDCF"). (Doc. 23.) The Court received Plaintiff's Request for Order at Doc. 24 electronically from EDCF. It appears that any issues Plaintiff was experiencing have now been resolved. The Court denies the request as moot.

The Kansas Department of Corrections ("KDOC") filed a *Martinez* Report (Doc. 18) (the "Report") as directed by the Court. On January 19, 2023, the Court entered a Memorandum and Order (Doc. 22) granting Plaintiff until February 17, 2023, in which to respond to the Report and to show good cause why this action should not be dismissed. Plaintiff's motion at Doc. 24 asks the Court to order the KDOC to add to the Report: various declarations, Plaintiff's EDCF medical records from June 1, 2022 to the present; and a copy of Plaintiff's property and injury claim. The Court will grant the KDOC an opportunity to respond to Plaintiff's request.

The Court notes that the issues in this case involve an incident at the Lansing Correctional Facility on December 16, 2021.  Plaintiff's medical records from the Lansing Correctional Facility were filed under seal as Exhibit 5 to the Report.  In the response, the KDOC should indicate whether or not Plaintiff has been provided with a copy of Exhibit 5.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for the Court to intervene (Doc. 23) is **denied.**

**IT IS FURTHER ORDERED** that the KDOC is granted until **February 6, 2023,** to respond to Plaintiff's Request for Order at Doc. 24.

**IT IS FURTHER ORDERED** that Plaintiff's **February 17, 2023 deadline** to respond to the *Martinez* Report and to show good cause why this action should not be dismissed **remains in effect**.

**IT IS SO ORDERED**.

Dated January 26, 2023, in Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**
