In The United States District Court
For The District of Kansas

Martin Arnold Riley
    Plaintiff,

v.                          Case No. 22-3185-JWL-JPO

(FNU) Skidmore et al.,
    Defendants.

## Motion For The Appointment of Counsel

Plaintiff, Martin Arnold Riley, pursuant to 1915, requests this Court to appoint counsel to represent him in this case for the following reasons.

1) The plaintiff is unable to afford counsel

2) The issues involved in this case are complex because it contains several different legal claims, with each claim involving a different set of defendants.

3) Plaintiff is strongly medicated with Mental Health medication (RimRon) and can't think to clearly. Diagnosed with PTSD.

4) Plaintiff only have access to law library once a week for 45 minutes.

5) Plaintiff has no legal education in law

1-29-23
Date

Mart A. Riley #52926
Martin A. Riley #52926
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042