**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MARTIN ARNOLD RILEY, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>DEPUTY WARDEN (FNU) SKIDMORE, *et al.*, )<br>)<br>    Defendants. )<br>_____) | Case no. 22-CV-3185-JWL |

**KANSAS DEPARTMENT OF CORRECTIONS INDEX OF<br>SUPPLEMENTAL EXHBIITS TO THE *MARTINEZ* REPORT**

Comes Now, Kansas Department of Corrections and files herein supplemental Exhibits to the *Martinez* Report as follows:

Exhibit 11 –   Declaration of Madison Potter

Exhibit 12 –   Declaration of Hans Rasmussen

Exhibit 13 –   Declaration of Rick Brown

Exhibit 14 –   February 1, 2023, Declaration of Scott Kincaid

Exhibit 15 –   Declaration of Darcie Holthaus

Exhibit 16 – under seal – Medical records of Martin Arnold Riley

1

Respectfully submitted,

/s *Natasha M. Carter*
Natasha M. Carter, KS No. 26074
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, 2nd Floor
Topeka, KS 66603
Tel: (785) 506-7615
Email: Natasha.Carter@ks.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of February, 2023, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

Martin Arnold Riley #52926
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042 Plaintiff
*pro se*

/s *Natasha M. Carter*