IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN ARNOLD RILEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case no. 22-3185-JWL |
| ) | |
| DEPUTY WARDEN (FNU) SKIDMORE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **DECLARATION OF MADISON POTTER**

Comes now, Madison Potter, and declares under the penalty of perjury as follows:

1.  I was employed by the Kansas Department of Corrections ("KDOC") from April 2021 to December 7, 2022, and served as a Unit Team Manager during some of that time. I am no longer employed by the KDOC.

2.  I am aware that Martin Arnold Riley #52926, has filed a lawsuit regarding alleged personal injury and violation of Constitutional rights occurring while incarcerated at the Lansing Correctional Facility ("LCF") on or about December 16, 2021.

3.  While I do not recall specific dates or times, I recall that Plaintiff walked into my office sometime in December 2021 appearing uninjured and told me his foot had been shut in the door. I advised him to put in a sick call slip if he needed medical attention, and instead, Plaintiff submitted a property claim stating that his music player was damaged during the alleged incident, and he turned the claim over to the Property Claims/Grievance Officer. I do not recall Plaintiff requesting that I make an incident report, take photos, or when Plaintiff would have received medical attention.

Exhibit 11

4. The Plaintiff did not, at any time that he was on my caseload, make a request to me to be placed into Protective Custody.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2023.

_____
Madison Potter