### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN ARNOLD RILEY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DEPUTY WARDEN (FNU) SKIDMORE, *et al.*, )<br>)<br>Defendants. ) | Case no. 22-3185-JWL |

## DECLARATION OF HANS RASMUSSEN

Comes now, Hans Rasmussen, and declares under the penalty of perjury as follows:

1. I have been employed by the Kansas Department of Corrections ("KDOC") since April 2004. I served as a Lieutenant during the period relevant to Plaintiff's lawsuit; my current position is Captain.

2. I am aware that Martin Arnold Riley #52926, has filed a lawsuit regarding alleged personal injury and violation of Constitutional rights occurring while incarcerated at the Lansing Correctional Facility ("LCF") on or about December 16, 2021.

3. I recall that Plaintiff came to my office window and was agitated and angry. I went outside the office to meet with him. Plaintiff told me that CSI Hopkins had shut his foot in the door. While speaking with Plaintiff, I did not notice him to be injured. I did review the video but did not see that CSI Hopkins shut his foot in the door. I told Plaintiff to go back into the Unit because the video did not show what he was alleging.

4. Weeks later I did see Plaintiff walking around with a cane, though I am unaware of any event or injury that would have required the use of a cane.

Exhibit 12

5.      If I would have witnessed a staff battery of a resident on the video I viewed, I would have written an incident report and reported the incident up my chain of command through an email exchange. I also would have requested an investigation by our Enforcement, Apprehensions, and Investigations Unit ("EAI"). Neither of those things occurred in this instance because no staff battery was witnessed on the video I reviewed on or about December 16, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2023.

/s/ *Hans Rasmussen*
_____
Hans Rasmussen