IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN ARNOLD RILEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case no. 22-3185-JWL |
| ) | |
| DEPUTY WARDEN (FNU) SKIDMORE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF RICK BROWN

Comes now, Rick Brown, and declares under the penalty of perjury as follows:

1. I retired from the Kansas Department of Corrections ("KDOC") in September 2022. I started my employment with KDOC January 16, 1984, worked as a supervisor for over 35 years, and retired as a Captain.

2. I am aware that Martin Arnold Riley #52926, has filed a lawsuit regarding personal injury and violation of Constitutional rights allegedly occurring while incarcerated at the Lansing Correctional Facility ("LCF") on or about December 16, 2021. Aside from being made aware of this lawsuit, I do not know Resident Riley.

3. I am not aware of such incident that occurred on or about December 16, 2021, nor do I recall being contacted by Resident Riley, or anyone else to investigate, take pictures or view any videos regarding the alleged incident.

4. If I had been aware of this incident, or any incident involving an assault on a resident, I have would have investigated any claim made against my staff, made a written incident report and/or contacted EAI to investigate.

Exhibit 13

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2023.

/s/ Rick Brown
_____
Rick Brown