IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN ARNOLD RILEY, <br><br> Plaintiff <br><br> v. <br><br> DEPUTY WARDEN (FNU) SKIDMORE, *et al.*, <br><br> Defendants. | Case no. 22-3185-JWL |

## DECLARATION OF DARCIE HOLTHAUS

Comes now, Darcie Holthaus, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as a Corrections Manager in the Division of Facilities Management. One of my duties at KDOC includes handling resident grievances submitted to the Secretary of Corrections.

2. I am aware that Resident Riley, #52926, has filed a lawsuit regarding an alleged excessive use of force at the Lansing Correctional Facility that occurred on or about December 16, 2021.

3. I have carefully reviewed the grievance records of Resident Riley and I found no grievances submitted to the Secretary of Corrections regarding an alleged excessive use of force or staff battery in December 2021.

Pursuant to 28 U.S.C. § 1746, I declared under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2023.            */s/ Darcie Holthaus*
                                         _____
                                         Darcie Holthaus

Exhibit 15