## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**MARTIN ARNOLD RILEY,**

     **Plaintiff,**

     v.                               **CASE NO.  22-3185-JWL**

**(FNU) SKIDMORE, et al.,**

     **Defendants.**


## ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights case under 42 U.S.C. § 1983.  Plaintiff is an inmate at the El Dorado Correctional Facility in El Dorado, Kansas.  On September 6, 2022, the Court entered a Memorandum and Order (Doc. 7) ordering the Kansas Department of Corrections ("KDOC") to prepare a *Martinez* Report.  The Report has now been filed.  (Doc. 18.)  This matter is before the Court on the KDOC's Motion to File Exhibit to the *Martinez* Report Under Seal (Doc. 32), seeking to File Exhibit 16 under seal. Exhibit 16, provisionally sealed at Doc. 31, consists of Plaintiff's personal and confidential medical records.  The Court grants the motion.  The KDOC's previous motion to seal (Doc. 29) is denied as moot.

**IT IS THEREFORE ORDERED** that the KDOC's Motion to File Exhibit to the *Martinez* Report Under Seal (Doc. 32) is **granted.**  Exhibit 16 to the *Martinez* Report shall be filed under seal.

**IT IS FURTHER ORDERED** that the KDOC's prior motion to seal (Doc. 29) is **denied as moot.**

**IT IS SO ORDERED**.

**Dated February 6, 2023, in Kansas City, Kansas.**

<u>**S/   John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**