IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN ARNOLD RILEY, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Case no. 22-3185-JWL |
| DEPUTY WARDEN (FNU) SKIDMORE, *et al.*, | ) ) ) |
| Defendants. | ) |

**INTERESTED PARTY KDOC'S RESPONSE TO ORDER**

The Kansas Department of Corrections (KDOC) as an Interested Party, by and through Natasha Carter, submits this response to the Court's Order [Doc. 25, filed January 26, 2023].

**Procedural Posture and Background**

Plaintiff Martin Riley, a state prisoner appearing *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 alleging, among other things, excessive use of force stemming from an alleged December 15, 2021, incident in which he refused to retreat back into his cell and his foot was allegedly slammed in the door as it closed.

In its Order dated September 6, 2022 [Doc. 7 at 2] the Court stated that it needed additional information in order to perform the statutorily required screening of this case as per 28 U.S.C. 1915A(a). For purposes of conducting the required screening, the Court ordered KDOC, as an interested party, to conduct a *Martinez* investigation and file the report with the Court. Then-KDOC attorney Libby Snider complied and filed the report on December 16, 2022. [Doc. 18]. In conjunction with the report and as per the Court's Order, KDOC sought leave to file Exhibit 5 to

the report under seal. [Doc. 20].  The Court granted the request for leave to file Exhibit 5 under seal. [Doc. 21].

As noted in its September 6, 2022, Order, this is not a case where Plaintiff is entitled to discovery prior to Defendants' response being filed. The Court also noted that the case is exempt from the requirements of Fed. R. Civ. P. 26(a) and 26(f).

### KDOC has Provided Relevant Supplemental Information

Upon review by undersigned counsel, KDOC has filed additional exhibits to the *Martinez* report, including the Declaration of Madison Potter [Doc. 30-1], Declaration of Hans Rasmussen [Doc. 30-2], Declaration of Rick Brown [Doc. 30-3], February 1, 2023, Declaration of Scott Kincaid [Doc. 30-4], Declaration of Darcie Holthaus [Doc. 30-5], and Plaintiff's medical records dated June 2022 through the present [Doc. 31].

Plaintiff's remaining requests regarding the unnamed party "Mental Health Ms. William" [Doc. 24] and "[a] copy of property and injured [*sic*] claim Plaintiff filed" [Doc. 24] have been determined to be irrelevant or improper at this stage of the litigation or do not exist.

### Conclusion

KDOC, having fully responded to this Court's Order, respectfully requests that Plaintiff's motion be denied.

Respectfully submitted,

*/s Natasha M. Carter*
Natasha M. Carter, KS No. 26074
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: Natasha.carter@ks.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Motion to file Exhibit to the Martinez Report under seal was placed in the interfacility mail this 6th day of February, 2023, to:

Martin Riley #52926
El Dorado Correctional Facility
PO Box 311
El Dorado , KS 67042
Plaintiff *pro se*

                                                 */s Natasha M. Carter*
                                                 Natasha M. Carter