IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARTIN ARNOLD RILEY,

    **Plaintiff,**

    v.           CASE NO. 22-3185-JWL

(FNU) SKIDMORE, et al.,

    **Defendants.**

### ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights case under 42 U.S.C. § 1983. Plaintiff is an inmate at the El Dorado Correctional Facility in El Dorado, Kansas. On September 6, 2022, the Court entered a Memorandum and Order (Doc. 7) ordering the Kansas Department of Corrections ("KDOC") to prepare a *Martinez* Report. The Report has now been filed. (Doc. 18.) On January 25, 2023, Plaintiff filed a motion (Doc. 24) asking the Court to order the KDOC to supplement the Report. The KDOC has now supplemented the Report with all but the following two items requested by Plaintiff: a copy of a property and injury claim filed by Plaintiff; and a declaration by Mental Health Ms. Williams. The KDOC's response to the motion (Doc. 34) indicates that these two items are irrelevant or improper at this stage of the litigation or do not exist. (Doc. 34, at 2.) The Court will grant Plaintiff an opportunity to file a reply.

**IT IS THEREFORE ORDERED** that Plaintiff is granted until **February 21, 2023,** in which to file a reply to the KDOC's response at Doc. 34.

**IT IS SO ORDERED**.

Dated February 6, 2023, in Kansas City, Kansas.

        S/ John W. Lungstrum
        JOHN W. LUNGSTRUM
        UNITED STATES DISTRICT JUDGE